FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR -3  PM 5:03

CLERK ___TRB___
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **INDICTMENT NO.** |
| | ) CR ı 18  0 1 5 |
| **v.** | ) **18 U.S.C. § 922(g)(1)** |
| | ) **Possession of a Firearm by a** |
| **TERRANCE WEBSTER DUNN** | ) **Prohibited Person** |
| | ) |
| | ) |
| | ) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 30, 2017, in Richmond County, within the Southern District of Georgia, the defendant,

### TERRANCE WEBSTER DUNN

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Springfield, Model XD9, 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **TERRANCE WEBSTER DUNN,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Springfield, Model XD9, 9mm pistol, S/N XD839451. If any of the property described above, as a result of any act or commission of the defendant:

       a.     cannot be located upon the exercise of due diligence;

       b.     has been transferred or sold to, or deposited with, a third party;

       c.     has been placed beyond the jurisdiction of the court;

       d.     has been substantially diminished in value; or

       e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

*signatures follow on next page*

2

A True Bill.


David H. Estes
First Assistant United States Attorney


R. Brian Tanner
Assistant United States Attorney
Chief, Appellate Division

Patricia G. Rhodes
Assistant United States Attorney
Deputy Chief, Criminal Division
Lead Counsel