IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
)
LEAVE OF ABSENCE REQUEST ) CASE NO.: CR 118-015
)
ALEX M. BROWN )
June 13, 2018 – June 22, 2018 )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by Alex M. Brown in the above-cited case as counsel for Defendant, TERRANCE WEBSTER DUNN, June 13, 2018 through June 22, 2018, for vacation, the same is hereby GRANTED.

Respectfully submitted this 15th day of May, 2018.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA